IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMARA LYNN FUTRELL,

        Plaintiff,                    No. 2:10-cv-2424 JAM KJN PS

       v.                      RELATED CASE ORDER

SACRAMENTO COUNTY
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

        Defendant.

_____/

TAMARA LYNN FUTRELL,

        Plaintiff,                    No. 2:10-cv-2425 GEB GGH PS

       v.                      RELATED CASE ORDER

SUPERIOR COURT OF
SACRAMENTO COUNTY,

        Defendant.

_____/

        Plaintiff filed both of the above-captioned actions on September 10, 2010.  The complaints, each of which takes the form of a three-page letter with attachments, are identical, except that the named defendants differ.

1    Examination of the above-captioned actions, which involve the same or similar

2   legal claims based on the same set of facts, reveals that assignment of the matters to the same

3   judge and magistrate judge is likely to effectuate a substantial saving of judicial effort.  See E.

4   Dist. Local Rule 123(a).  Accordingly, the actions will be assigned to the same judge and

5   magistrate judge.

6    Pursuant to Local Rule 123(c) and the regular practice of this court, the cases will

7   be assigned to the judge and magistrate judge to whom the first filed action was assigned.

8   Reassignment of the later-filed case merely has the result that both actions are assigned to the

9   same judge and magistrate judge.  No consolidation of the cases is effectuated.

10    Accordingly, IT IS HEREBY ORDERED that:

11    1.    The action denominated as No. 2:10-cv-2425 GEB GGH PS is reassigned

12   to District Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further

13   proceedings, and any dates currently set in the reassigned case are vacated.  Henceforth, the

14   caption on all documents filed in the reassigned case shall be shown as No. 2:10-cv-2425 JAM

15   KJN PS; and

16    2.    The Clerk of the Court shall make appropriate adjustment in the

17   assignment of civil cases to compensate for this reassignment.

18    IT IS SO ORDERED.

19   DATED: October 5, 2010

20                                             /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
21                                             United States District Judge

22

23

24

25

26

2